# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA LIRA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BAKERSFIELD, et al., <br><br> Defendants. | Case No.: 1:17-cv-0924 - LJO – JLT <br><br> ORDER APPROVING THE STIPULATION OF THE PARTIES TO PERMIT PLAINTIFFS TO AMEND THE COMPLAINT AND DIRECTING PLAINTIFFS TO FILE AN AMENDED COMPLAINT |

The parties have stipulated to permit Plaintiffs to amend the complaint, noting that Cesar Vilorio is a lawful heir to the decedent and he may assert a cause of action under California Code of Civil Procedure § 377.60. (Doc. 13 at 3) Because Plaintiffs "have a mandatory duty to join all known heirs in a single action," they seek to "nam[e] Cesar Vilorio as a nominal defendant under California Code of Civil Procedure § 382." (*Id.*) Based upon the stipulation of the parties, the Court **ORDERS**:

1. Plaintiffs' request to amend the complaint is **GRANTED**; and
2. Plaintiffs **SHALL** file an amended complaint, including Caesar Vilorio as a nominal defendant, no later than **November 27, 2017**.

IT IS SO ORDERED.

Dated: **November 20, 2017**           **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE