# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA LIRA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-0924 - LJO – JLT<br><br>ORDER TO THE PLAINTIFFS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO PROSECUTE THIS ACTION |

In this action, the plaintiffs contend that the defendants caused the death of their decedent, Jose Vilorio, through the use of excessive force. (Doc. 15 at 5 -14) On November 20, 2017, the Court granted the plaintiffs' the opportunity to file a first amended complaint to name a nominal defendant. (Doc. 14) They filed the amended complaint on November 22, 2017, naming this nominal defendant. (Doc. 15) At that time, the plaintiffs acknowledged that the nominal defendant was a necessary party to the action. (Doc. 13 at 2-3) Despite this and despite the requirements of Fed. R. Civ. P. 4(m), they have failed to file proof of service to the nominal defendant. In addition, the plaintiffs have wholly failed to respond to properly propounded written discovery. (Doc. 21) Therefore, the Court **ORDERS**:

///

///

///

///

1

1. **No later than March 3, 2018**, the plaintiffs **SHALL** show cause in writing why sanctions, up to and including dismissal of the action, should not be imposed for their failure to prosecute this action.  **Given the failure to serve a necessary party to this action, the plaintiffs are advised that the Court will recommend dismissal of this action if they fail to respond.**

IT IS SO ORDERED.

    Dated:   **February 22, 2018**                  **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE