# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA LIRA, et al., ) | Case No.: 1:17-cv-0924 -LJO-JLT |
| Plaintiffs, ) ) ) | ORDER RE-SERVING THE ORDER RELIEVING COUNSEL |
| v. ) ) | ORDER TO SARAI LORENZANA TO RESPOND |
| CITY OF BAKERSFIELD, et al., ) ) | |
| Defendants. ) ) | |

On April 6, 2018, the Court granted the motion of plaintiffs' counsel to withdraw. (Doc. 31) At that time, the Court ordered: "Plaintiffs **SHALL** notify the Court in writing of their intent to proceed with this action no later than **April 20, 2018**." (*Id.* at 4, emphasis in original) This order was served on Sarai Lorenzana at the address provided by her counsel. However, it was returned as undeliverable due to the expiration of the forwarding order. Thus, the Court **ORDERS**:

1. The Clerk of the Court is directed to re-serve the order granting the motion of plaintiffs' counsel to withdraw (Doc. 31) at the Post Office Box provided by the expired USPS forwarding order;

///
///
///
///
///

1

2. **No later than May 4, 2018**, Ms. Lorenzana **SHALL** notify the Court whether she intends to proceed in this action.  **Her failure to respond will result in a recommendation that the action be dismissed for her failure to comply with the Court's orders and her failure to prosecute this action.**

IT IS SO ORDERED.

Dated: **April 26, 2018**           **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE